# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RANDALL HIX,

    Plaintiff(s),

vs.

BIOMET, INC., et al.

    Defendant(s).

Case #3:18-cv-00437-RCJ-WGC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Navan Ward, Jr._____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Beasley, Allen, Crow, Methvin, Portis & Miles, P.C._____
(firm name)

with offices at _____Overlook II, 2839 Paces Ferry Road SE, Suite 400_____,
(street address)

___Atlanta___, ___Georgia___, ___30339___,
(city)                (state)              (zip code)

___(800) 898-2034___, ___Navan.Ward@BeasleyAllen.com___.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Randall Hix___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 09/27/2002 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Alabama (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC - AL (Middle & Northern Districts) | 10/16/2002 | 9527-A57W |
| USDC - AL (Southern District) | 12/2/2002 | 9527-A57W |
| USDC - MS (Northern & Southern Districts) | 4/29/2003 | 100921 |
| New York | 7/15/2016 | 5451755 |
| Tennessee | 11/4/2016 | 34931 |
| Mississippi | 04/23/2003 | 100921 |
| Alabama | 09/27/2002 | ASB-9527-A57W |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)   None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Alabama, Mississippi, Tennessee, and New York

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

*Navan Ward Jr.* (signature)
Petitioner's signature

STATE OF _Georgia_ )
)
COUNTY OF _Cobb_ )

_Navan Ward, Jr._, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Navan Ward Jr.* (signature)
Petitioner's signature

Subscribed and sworn to before me this

_29th_ day of _June_, _2020_.

*Darneshia Whitfield* (signature)
Notary Public or Clerk of Court

[Notary Seal: DARNESHIA WHITFIELD, MY COMMISSION EXPIRES JUNE 01 2024, COBB COUNTY, GA, NOTARY PUBLIC]

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _Peter C. Wetherall_, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_9345 West Sunset Road, Suite 100_
(street address)

_Las Vegas_, _Nevada_, _89148_,
(city) (state) (zip code)

_(702) 838-8500_, _pwetherall@wetherallgroup.com_.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Peter C. Wetherall_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Randall Hix
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4414    pwetherall@wetherallgroup.com
Bar number        Email address

APPROVED:

Dated: this 16th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET
MONTGOMERY, ALABAMA 36104-4018

**DEBRA P. HACKETT**
CLERK

**TELEPHONE**
(334) 954-3600

# CERTIFICATE OF GOOD STANDING

I, **DEBRA P. HACKETT**, Clerk of the United States District Court, Middle District of Alabama,

**DO HEREBY CERTIFY** that **NAVAN WARD JR.** was duly admitted to practice in said Court on **OCTOBER 16, 2002** and is in good standing as a member of the bar of said Court.

Dated at Montgomery, Alabama, on April 15, 2020.



**DEBRA P. HACKETT, CLERK**

By: _____
Deputy Clerk

# The Supreme Court of Mississippi



## Certificate of Good Standing

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Navan Ward, Jr.** was duly and legally admitted to practice law before the Supreme Court of Mississippi on April 29, 2003, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on April 17, 2020, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

_____
CLERK





# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Navan Ward Jr.

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **15th day of July, 2016**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **20th day of April, 2020**.

*Robert D Mayberger*
Clerk

# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Navan Ward, Jr.

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 4, 2016, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 20th day of April, 2020.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: *MBLindsey*
MaryBeth Lindsey, D.C.