# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL HIX and LIANA HIX,<br><br>    Plaintiffs,<br><br>vs.<br><br>ZIMMER BIOMET HOLDINGS, INC.; BIOMET, INC.; BIOMET MANUFACTURING, LLC.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC;<br><br>    Defendants. | Case No.: 3:18-cv-00437-RCJ-WGC<br><br>Honorable District Judge Robert C. Jones<br>Honorable Magistrate Judge Williams G. Cobb<br><br>**ORDER GRANTING ATTORNEY ERIN LINDER HANIG'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

**[PROPOSED] ORDER GRANTING ATTORNEY ERIN LINDER HANIG'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

The Court, upon consideration of Attorney Erin Linder Hanig's Motion to Withdraw as Counsel for Defendants, hereby **GRANTS** the Motion. **IT IS HEREBY ORDERED** that attorney Erin Linder Hanig is removed from the record as counsel for Defendants.

**IT IS SO ORDERED.**

DATED: February 12, 2021

_____
Hon. William G. Cobb
United States Magistrate Judge

- 1 -

**[PROPOSED] ORDER GRANTING ATTORNEY ERIN LINDER HANIG'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**