**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDALL HIX, LIANA HIX, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ZIMMER BIOMET HOLDINGS, INC., *et al.* ) <br> ) <br> Defendants. ) <br> ) <br> ) | 3:18-cv-00437-RCJ-WGC <br><br> **ORDER** |

The parties move for leave to file overlength briefs. Plaintiffs' move to file a 40-page opposition briefs to Defendants' motion for summary judgment. (ECF Nos. 281, 286.)[1] Defendants also seek leave to file a 25-page reply briefs in support of their Motions for Summary Judgment. Typically, such briefs are limited to 30 pages and 20 pages respectively. LR 7-3(a). A court may however extend this limit for good cause. *Id.* The Court finds such good cause here. The case involves numerous complex legal theories and exhibits that cannot be thoroughly analyzed within the typical page limits. As such, the Court grants these motions.

///

---

[1] Plaintiffs filed this motion twice: ECF Nos. 281 and 286. The Court will consider the latter amended motion and deny the former as moot.

**CONCLUSION**

IT IS HEREBY ORDERED that Motion for Leave to File Excess Pages (ECF No. 281) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Amended Motion for Leave to File Excess Pages (ECF No. 286) is GRANTED.

IT IS FURTHER ORDERED that Motion for Leave to File Excess Pages (ECF No. 296) is GRANTED.

IT IS SO ORDERED.

Dated August 4, 2021.

                                                     ROBERT C. JONES
                                                 United States District Judge