# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RANDALL HIX, *et al.,*

    Plaintiffs,

v.

ZIMMER BIOMET HOLDINGS, INC, *et al.*,

    Defendants.

Case No. 3:18-cv-00437-RCJ-WGC

**ORDER**

    In 2010, Randall Hix had an artificial hip replacement using a Biomet M2a Magnum implant. Hix and his wife, Liana Hix, brought this suit against Defendants Zimmer Biomet Holdings, Inc., Biomet, Inc., Biomet Orthopedics, LLC, and Biomet U.S. Reconstruction, LLC, (collectively "Biomet") alleging the artificial hip device was defective. (Amended Complaint, ECF No. 201).

    Presently before the Court is Defendants' Motion to Extend Time to Submit Pretrial Order. (ECF No. 313.) The parties have filed a joint notice to the Court that Plaintiffs do not oppose the motion, and that the parties agree to submit the pre-trial order not later than May 31, 2022.

    Accordingly, for good cause shown,

**CONCLUSION**

    IT IS HEREBY ORDERED that Defendants' Motion to Extend Time (ECF No. 313) is GRANTED.

IT IS FURTHER ORDERED that the parties shall file a joint pre-trial order not later than May 31, 2022.

IT IS SO ORDERED.

Dated: May 12, 2022

                                                  ROBERT C. JONES
                                                  United States District Judge