# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL HIX and LIANA HIX, | Case No.: 3:18-CV-00437-RCJ-CSD |
| Plaintiffs, | |
| vs. | ORDER SETTING STATUS HEARING |
| ZIMMER BIOMET HOLDINGS, INC, *et al.*, | |
| Defendants. | |

On March 29, 2022, the Court granted Zimmer Biomet Holdings, Inc.'s motion for summary judgment (ECF No. 311). The parties filed a joint notice of settlement (ECF No. 316) informing the Court that the parties have agreed to resolve this lawsuit and a stipulation for dismissal "may be filed in the near future." The stipulation for dismissal has not been submitted to the Court and the joint pre-trial order was due on or before May 31, 2022 (ECF No. 315). Accordingly,

**IT IS THEREFORE ORDERED** that a Status Hearing is set for 10:00A.M., Tuesday, August 30, 2022, in Reno Courtroom 3, before Judge Robert C. Jones.

**IT IS FURTHER ORDERED** the parties shall file a Joint Status Report with the Court on or before 5:00P.M., Tuesday, August 23, 2022.

**IT IS SO ORDERED** this 9th day of August, 2022.

_____
ROBERT C. JONES
United States District Judge