# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL HIX and LIANA HIX, | Case No.: 3:18-cv-00437-RCJ-CSD |
| Plaintiff, | Honorable Robert C. Jones<br>Honorable Craig S. Denney |
| vs. | |
| ZIMMER BIOMET HOLDINGS, INC.; BIOMET, INC.; BIOMET MANUFACTURING, LLC.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC; | **ORDER ENTERING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: September 10, 2018 |
| Defendants. | |

The Court, upon consideration of the Parties' November 1, 2022 Joint Stipulation of Dismissal with Prejudice, hereby **APPROVES** the Parties' Stipulation.  **IT IS HEREBY ORDERED**, pursuant to Rule 41(a)(1)(A)(ii), that this entire action and all claim stated therein against all Parties are dismissed *with* prejudice.  Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: November 2, 2022

_____
ROBERT C. JONES
United States District Judge